UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BOYD,

    Plaintiff,

v.

RICHARD MORGAN and RON VAN BOENING,

    Defendants.

Case No. C9-1784 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 78. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's motion for immediate injunctive relief (Dkt. 65) is **DENIED**.

DATED this 19th day of July, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER