UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BOYD,

　　　　　Plaintiff,

　　v.

RICHARD MORGAN and RON VAN BOENING,

　　　　　Defendants.

Case No. C09-1784 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 80. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Plaintiff's motion for summary judgment (Dkt. 43) is **DENIED**;

(3) The Plaintiff's motion to strike (Dkt. 74) is **DENIED**;

(4) The Defendants' motion to strike (Dkt. 46) is **DENIED**; and

(5) Defendants' motion for summary judgment (Dkt. 47) is **GRANTED**.

DATED this 19th day of July, 2011.

　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER