# United States District Court
WESTERN DISTRICT OF WASHINGTON

JAMES A. BOYD

v.

RICHARD MORGAN and RON VAN BOENING

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-1784BBHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**; and

The Plaintiff's motion for summary judgment (Dkt. 43) is **DENIED**;

The Plaintiff's motion to strike (Dkt. 74) is **DENIED**;

The Defendants' motion to strike (Dkt. 46) is **DENIED;** and

Defendants' motion for summary judgment (Dkt. 47) is **GRANTED.**

| July 26, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk